UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-82122-CIV-ALTMAN/BRANNON

RONALD SHAPSS and
HARRIET SHAPPS

   Plaintiff,

vs.

CITIBANK, N.A.,

   Defendants.
_____/

## JOINT SCHEDULING AND DISCOVERY REPORT

Pursuant to Fed.R.Civ.P. 26 and Local Rule 16.1, the Parties having conducted a scheduling conference, hereby file their Joint Scheduling and Discovery Report, and further state:

  **1.**  **Likelihood of Settlement (S.D. Fla. L.R. 16.1(b)(2)(A)).**

The Parties are open to the possibility of settlement. The Parties are currently unable to opine on the likelihood of success of settlement discussions.

  **2.**  **Likelihood of Appearance in the Action of Additional Parties (S.D. Fla. L.R. 16.1(b)(2)(B)).**

The likelihood of adding parties is low.

  **3.**  **Proposed Limits on Time (S.D. Fla. L.R. 16.1(b)(2)(C)).**

Please see **Exhibit "A"** attached hereto for the Parties' proposed dates regarding discovery, pretrial deadlines and trial.

**4.     Proposals for the Formulation and Simplification of Issues, Including the Elimination of Frivolous Claims or Defenses, and the Number and Timing of Motions for Summary Judgment or Partial Summary Judgment (S.D. Fla. L.R. 16.1(b)(2)(D)).**

At present, the Parties have no suggestions regarding proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment except as set forth in **Exhibit "A"**.

**5.     The Necessity or Desirability of Amendments to the Pleadings (S.D. Fla. L.R. 16.1(b)(2)(E)).**

Unknown at this time..

**6.     The Possibility of Obtaining Admissions of Fact and of Documents, Electronically Stored Information or Things Which Will Avoid Unnecessary Proof, Stipulations Regarding Authenticity of Documents, Electronically Stored Information or Things, and the Need for Advance Rulings from the Court on Admissibility of Evidence (S.D. Fla. L.R. 16.1(b)(2)(F)).**

The Parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action. The Parties will work to agree on authentication of relevant documents and reserving arguments as to interpretation of such documents, specifically, to documents which originated from each of the Parties and/or their respective representatives and/or employees. At this time, there is no need for any advance rulings with respect to admissibility of evidence.

**7.     Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence (S.D. Fla. L.R. 16.1(b)(2)(G)).**

The Parties do not have any such suggestions at this time. However, the Parties understand that admissions of facts and authenticity of documents will be a means of avoiding unnecessary proof and that stipulations addressing such matters may be appropriate. The Parties will attempt to work cooperatively and confer as to ways to avoid unnecessary proof and cumulative evidence.

**8.    Suggestions on the advisability of referring matters to a Magistrate Judge or Master (S.D. Fla. L.R. 16.1(b)(2)(H)).**

At this time the Parties do not consent to the referral of matters to the Magistrate Judge.

**9.    A Preliminary Estimate of the Time Required for Trial (S.D. Fla. L.R. 16.1(b)(2)(I)).**

The Parties estimate trial of this matter will require 1-4 days.

**10.    Requested Date or Dates for Conferences Before Trial, a Final Pretrial Conference, and Trial (S.D. Fla. L.R. 16.1(b)(2)(J)).**

Please see **Exhibit "A"** attached hereto for the Parties' proposed dates regarding discovery, pretrial deadlines and trial.

**11.    Any Other Information That Might Be Helpful to the Court in Setting the Case for Status or Pretrial Conference (S.D. Fla. L.R. 16.1(b)(2)(K)).**

The Parties have no additional suggestions at this time.

**12.    Discovery Plan (Fed. R. Civ. P. 26(f)(3).**

Please see **Exhibit "A"** attached hereto for the Parties' proposed dates regarding discovery, including Rule 26 disclosures. At this time, the Parties do not anticipate requiring any changes made in the limitations on discovery imposed by the Rules of Federal Procedure or this Court's Local Rules. However, the Parties reserve their rights to request discovery in excess of these limitations.

Respectfully submitted this 11th day of December, 2020.

| | |
|---|---|
| */s/Christina Olivos* | */s/Adam G. Wasch* |
| Edward M. Mullins (FBN 863920) | Adam G. Wasch (Fla. Bar No. 71082) |
| Christina Olivos (FBN 119580) | Natalie M. Restivo (Fla. Bar No. 1002569) |
| **REED SMITH LLP** | **WASCH RAINES LLP** |
| 1001 Brickell Bay Drive, Suite 900 | 2500 N. Military Trail, Suite 303 |
| Miami, FL 33131 | Boca Raton, FL 33431 |
| Phone: (786) 747-0200 | Phone: (561) 693-3234 |
| Fax: (786) 747-0299 | Fax: (561) 404-1104 |
| emullins@reedsmith.com | awasch@waschraines.com |
| colivos@reedsmith.com | nrestivo@waschraines.com |
| *Counsel for Defendant* | *Counsel for Plaintiffs* |

4

Exhibit "A"

**PARTIES' JOINT SCHEDULING AND DISCOVERY PLAN**

Pursuant to Fed.R.Civ.P. 26 and Local Rule 16.1, the parties propose as follows:

| | |
|---|---|
| Case track | Standard |
| Parties exchange Rule 26(a) Disclosures | February 19, 2020 |
| Joinder of Parties and Amendment to Pleadings | April 1, 2021 |
| Deadline to File Proposed Order Scheduling Mediation | April 2, 2021 |
| Plaintiff's Expert Disclosure with Report | May 14, 2021 |
| Defendant's Expert Disclosure with Report | June 18, 2021 |
| Deadline to Complete Fact Discovery | July 30, 2021 |
| Deadline to Complete all Expert Discovery | August 13, 2021 |
| Deadline to Complete Mediation | August 31, 2021 |
| Deadline for the Filing of All Dispositive Motions | October 1, 2021 |
| Deadline for Filing Pretrial Motions, including Motions in Limine and *Daubert* Motions | October 29, 2021 |
| Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3), and Designation of Depositions for Trial | November 5, 2021 |
| Submission of Voir Dire and Objections to Deposition Designations | November 12, 2021 |
| Joint Pre-Trial Stipulation | November 19, 2021 |
| Pre-Trial Conference (if desired by Court) | |
| Proposed Trial Date | December 13-17 |
| Estimated Number of Days for Trial | 1-4 days |
| Jury Trial or Bench Trial | Non-Jury |